**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLOS MONTENEGRO,<br>Plaintiff,<br>v.<br>CITY OF HAWTHORNE, et al.,<br>Defendants. | Case No. 2:26-cv-03061-AB-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: November 10, 2026



HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE